## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

PNC Bank, National Association, successor in interest by merger to National City Bank,

Plaintiff,

v.

Susan M. Kunkel a/k/a Susan Lynn Meador; HRQ Enterprises, LLC, an Illinois limited liability company; Kunkel & Associates, Inc., an Illinois corporation; and Riverside Office Court Condominiums, Inc.

Defendants.

Case No. 14 cv 7825

Assigned Judge: James B. Zagel

Magistrate Judge: Sheila Finnegan

Property Address: 1440 Maple Ave., Suite 4B, Lisle, IL 60532

## <u>MOTION FOR JUDGMENT OF FORECLOSURE AND SALE</u>

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Susan M. Kunkel a/k/a Susan Lynn Meador; HRQ Enterprises, LLC, an Illinois limited liability company; Kunkel & Associates, Inc., an Illinois corporation; and Riverside Office Court Condominiums, Inc., and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

PNC Bank, National Association, successor in interest by merger to National City Bank

By: /s/ Jennifer E. Frick_____
One of Its Attorneys

Patrick D. Lamb (ARDC #3128062)
Jennifer E. Frick (ARDC#6299794)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
plamb@crowleylamb.com
jfrick@crowley.lamb.com